UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM GEOVONNIE SMITH JR.,
Plaintiff,

v.

AAA COOPER TRANSPORTATION,
Defendant.

Case No. 26-cv-03968-HSG

**SCHEDULING ORDER**

A case management conference was held on August 11, 2026. Having considered the parties' proposal, *see* Dkt. No. 20, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings / Joinder | October 5, 2026 |
| Class Certification Motion | June 1, 2027 |
| Opposition to Class Certification | July 19, 2027 |
| Reply in Support of Class Certification | August 5, 2027 |
| Class Certification Hearing | August 26, 2027, at 2:00 P.M. |

//

//

//

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

This **TERMINATES** Dkt. No. 20.

**IT IS SO ORDERED.**

Dated: 8/18/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California